No. 10–6481. GRANDOIT *v.* PHYSICIAN NETWORK, INC., ET AL. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–6545. BERRYHILL *v.* WHITE, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–6551. BERRYHILL *v.* PAYNE, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA, ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2475. IN RE DISBARMENT OF BLAU. Disbarment entered. [For earlier order herein, see 561 U. S. 1043.]

No. D–2481. IN RE DISBARMENT OF MICKLER. Disbarment entered. [For earlier order herein, see 561 U. S. 1044.]

No. D–2482. IN RE DISBARMENT OF KIPI. Disbarment entered. [For earlier order herein, see 561 U. S. 1044.]

No. D–2485. IN RE DISBARMENT OF MITTENDORFF. Disbarment entered. [For earlier order herein, see 561 U. S. 1045.]

No. D–2490. IN RE DISBARMENT OF ARLEDGE. Disbarment entered. [For earlier order herein, see 561 U. S. 1045.]

No. D–2491. IN RE DISBARMENT OF SHOMBER. Disbarment entered. [For earlier order herein, see 561 U. S. 1045.]

No. D–2492. IN RE DISBARMENT OF MCNEAL. Disbarment entered. [For earlier order herein, see 561 U. S. 1045.]

No. D–2512. IN RE DISBARMENT OF MACKEY. Disbarment entered. [For earlier order herein, see *ante,* p. 810.]